# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cr. No. C-03-391 (2) |
| | § | |
| VINCENT LEWIS, | § | |
| | § | |
| Defendant. | § | |

## ORDER DENYING IN PART AND GRANTING IN PART
## DEFENDANT'S LETTER MOTION FOR DOCUMENTS

On September 27, 2006, the Clerk received from Defendant Vincent Lewis a letter in which he states that he has lost "all [his] paperwork." (D.E. 57). He asks for information as to whether his federal sentence in this case is running concurrently with a state sentence. He also indicates that he needs copies of his indictment and "discovery." Finally, he gives the names, addresses, and phone numbers of two relatives who he says will pay any charge for the paperwork.

As to his request for information about the computation of his sentence, his request is DENIED. The proper entity for Lewis to contact for such information is the Bureau of Prisons, not this Court. The Clerk shall, however, provide him with a copy of the judgment in his case, which may assist him in understanding his sentence.

As to his request for documents, his motion is GRANTED insofar as it seeks a copy of his indictment. The Clerk is directed to provide a copy of his indictment to him. To the extent he seeks additional documents in the case, there is a charge for those documents.[1] The Clerk is therefore

---

[1] While it does not appear that Lewis is seeking copies of any documents at government expense, the Court nonetheless notes that Lewis has no pending motions or proceedings before this Court that would entitle him to free copies of documents, nor has he shown that he is indigent.

directed to provide Lewis with a copy of the docket sheet and instructions on how to request and pay for any such documents.

ORDERED this 4th day of October, 2006.

_____
Janis Graham Jack
United States District Judge